■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERTO PEREZ, Appellant. [622 NYS2d 467] —Appeal by the defendant from a judgment of the County Court, Westchester County (Murphy, J.), rendered January 13, 1994, convicting him of criminal sale of a controlled substance in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defen-

dant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Bracken, J. P., Balletta, Ritter, Pizzuto and Florio, JJ., concur.